```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

CHARLES ROGER AMISIAL, JR.,        :

    Petitioner,                    :

v.                                 :
                                         CIVIL ACTION 07-0021-WS-M
ALBERTO GONZALES,                  :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,            :

    Respondents.                   :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED as MOOT.

DONE this 27th day of February, 2007.

                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE